IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**            **PLAINTIFF**

**VS.**                          **3:05CV00218-WRW**

**TOBACCO SUPERSTORES, INC.**                    **DEFENDANT**

### ORDER

Pending is Plaintiff's Motion for Leave to File Additional Interrogatories.[1]  Defendant responded and objected to additional discovery.[2]

Plaintiff is permitted to file twenty-five (25) additional interrogatories.  The twenty-five limit *includes* discreet sub-parts.  In other words, twenty-five non-hyphenated wordy interrogatories.  Plaintiff's Motion is GRANTED.

IT IS SO ORDERED this 26th day of July, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 16.

[2] Doc. No. 19.