IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                                                          PLAINTIFF

    v                3:05CV00218-WRW

TOBACCO SUPERSTORES, INC.                                                       DEFENDANT

## AMENDED ORDER

The Order entered by the Court on February 5, 2007, (doc #27), is amended to reflect that the trial date of this case is set to begin on **Tuesday, August 14, 2007, at 9:00 a.m. in Jonesboro, Arkansas**.  All other deadlines set by the February 5, 2007, Order remain in full force and effect.  This Amended Order further amends the Scheduling Order previously entered.

IT IS SO ORDERED this 13th day of March, 2007.

                                            /s/Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE