**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**EQUAL EMPLOYMENT OPPORTUNITY                                                         PLAINTIFF
COMMISSION**

**VS.                                            3:05CV00218-WRW**

**TOBACCO SUPERSTORES, INC.                                                              DEFENDANT**

## AMENDMENT TO ORDER

The Order entered earlier today is amended as follows: Defendant must produce the subject documents by 12 noon next Tuesday, July 15, 2008.

My law clerk on this case just advised me that there is a settlement conference on July 16, 2008, and it is my thought that the production of these documents several hours before the settlement conference might be beneficial.

IT IS SO ORDERED this 9th day of July, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE