**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION**                                                                **PLAINTIFF**

**v.**                                        **3:05CV00218-WRW**

**TOBACCO SUPERSTORES, INC.**                                          **DEFENDANT**

**ORDER**

The Order of July 9, 2008, is modified to require the Defendant to bring its documents to

the Settlement Conference on Wednesday, July 16, 2008, to be presented to U.S. Magistrate

Judge Joe Thomas Ray *in camera*. Judge Ray, of course may, in his discretion, order this

information disclosed to the Plaintiff there and then.

IT IS SO ORDERED this 10th day of July, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE