**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**


EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                                          PLAINTIFF


V.                               3:05CV00218 WRW/JTR


TOBACCO SUPERSTORES, INC.                                       DEFENDANT


## <u>ORDER</u>

Faye Williams, Celia Liner, Henry P. Julien, Robert P. Lombardi, Brad Beavers, Larry Cobb,

and David Cohn are authorized to bring a cell phone, laptop computer, or personal digital assistant

into the courthouse on July 16, 2008, subject to the following rules:

    (a)    The devices mentioned above may not be used to record, photograph, or film anyone

or anything inside the courthouse.

    (b)    Cell phones must be turned off and put away when in the courtroom.

    (c)    Wireless internet components of electronic devices must be deactivated when in

district courtrooms.

    (d)    Before persons with electronic devices are granted entry into the Courthouse, all

devices must be examined by the United States Marshal's Service or Court Security

Personnel.  This examination includes, but is not limited to, placing the device

through electronic screening machines and requiring the person possessing the device

to turn the power to the device off and on.

(e)     The United States Marshal's Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED THIS 14th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE